```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  916-554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MJ. NO.  11-237-KJN |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER LIMITING DISSEMINATION OF DISCOVERY BETWEEN PLAINTIFF UNITED STATES AND DEFENDANTS |
| MATTHEW RAY AUSBORN, and ) CHRISTINA BARRIOS, ) | |
| Defendant. ) | |

HEREBY, plaintiff United States and defendants Ausborn and Barrios, by and through their counsel, Michael Bigelow and Matthew Scoble, recognize that the discovery in this case is voluminous and contains a large amount of "protected information" (including but not limited to the victims' identification information, mail related information, personal financial account numbers, and residential addresses).  Since the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter, the parties further recognize that entry of a stipulated protective order is appropriate.

1

   WHEREFORE, defendants, by and through their respective counsel, and plaintiff United States, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than associated Defense Counsel and designated defense investigators and support staff. Defense Counsel may ONLY permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and

1 will use reasonable care to ensure that it is not disclosed to
2 third persons in violation of this agreement.
3 6. Defense Counsel shall be responsible for advising his client,
4 defendant Lucero, any and all of his employees, and other members
5 of the defense team, and defense witnesses of the contents of
6 this Stipulation/Order.
7 7. In the event that the defendant substitutes counsel, undersigned
8 Defense Counsel agrees to withhold discovery from new counsel
9 unless and until substituted counsel agrees, in writing, also to
10 be bound by this Order.

DATED: 4/20/12 _____

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

DATED: 4/20/12 _____

By: /s/ Michelle Rodriguez per
approval via email from Mr Bigelow
_____
MICHAEL BIGELOW
Counsel for Defendant Ausborn

DATED: 4/20/12 _____

By: /s/ Michelle Rodriguez per
approval via email from Mr Scoble
_____
MATTHEW SCOBLE
Counsel for Defendant Barrios

///

3

**ORDER**

For the reasons set forth herein, the stipulation of the parties is hereby entered upon the records of this court. Accordingly, dissemination of discovery in this matter is hereby limited pursuant to this protective decree.

SO ORDERED.

DATED: April 23, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

///