FILED JUN 14 2012 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case 2:11-mj-00237-KJN Document 11 Filed 06/14/12 Page 1 of 1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:11 - MJ -0237 KJN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW RAY AUSBORN | ) | |

FILED JUN 14 2012 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    MATTHEW RAY AUSBORN
Detained at (custodian):    Oregon State Correctional Institute

Detainee is:    a.)    (X) charged in this district by: ( ) Indictment ( ) Information (X) Complaint
                          charging detainee with: Theft of Stolen US Mail
        or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
        or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a
                          sentence is currently being served at the detaining facility

*Appearance is necessary July 2, 2012 in the Eastern District of California.*

Signature:                    /s/ Michelle Rodriguez
Printed Name & Phone No:    Michelle Rodriguez (916) 554-2773
Attorney of Record for:         United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *July 2, 2012*, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/14/12

                                                   /s/ Dale A. Drozd
                                                   United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Gender: Male |
| Booking or CDC #: | 19072123 | DOB: 02/05/1980 |
| Facility Address: | 3405 Deer Park Dr. SE, Salem, OR 97310 | Race: White<br>FBI #: |
| Facility Phone: | (503)373-0100 | |
| Currently Incarcerated For: | Theft of Stolen US Mail | |

## RETURN OF SERVICE

Executed on _____      By: _____
                                                                                 (Signature)