| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:11 - MJ -0237 KJN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW RAY AUSBORN | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:          MATTHEW RAY AUSBORN
Detained at (custodian):    Oregon State Correctional Institute

Detainee is:          a.)     (X) charged in this district by:  ( ) Indictment   ( ) Information  (X) Complaint
                               charging detainee with: <u>Theft of Stolen US Mail</u>
            or     b.)     ( )  a witness not otherwise available by ordinary process of the Court

Detainee will:          a.)     (X) return to the custody of detaining facility upon termination of proceedings
            or     b.)     ( )  be retained in federal custody until final disposition of federal charges, as a
                               sentence is currently being served at the detaining facility

*Appearance is necessary **August 8, 2012**  in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michelle Rodriguez |
| Printed Name & Phone No: | Michelle Rodriguez (916) 554-2773 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***August 8, 2012,*** before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 21, 2012

                         /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: | Male |
| Booking or CDC #: | 19072123 | DOB: | 02/05/1980 |
| Facility Address: | <u>3405 Deer Park Dr. SE.</u> | Race: | White |
| | <u>Salem, OR 97310</u> | FBI #: | |
| Facility Phone: | <u>(503)373-0100</u> | | |
| Currently Incarcerated For: | <u>Theft of Stolen US Mail</u> | | |

## RETURN OF SERVICE

Executed on  _____          By: _____
                                                         (Signature)